IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| BASF CORPORATION, as successor in interest to CIBA CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> AIU INSURANCE COMPANY, *et al*., <br><br> Defendants. | CASE NO.: 2:24-cv-993-RMG <br><br><br> **FIRST STATE INSURANCE COMPANY, NEW ENGLAND INSURANCE COMPANY, AND TWIN CITY FIRE INSURANCE COMPANY'S JOINDERS TO CERTAIN DEFENDANTS' MOTIONS TO DISMISS** |

Defendants, First State Insurance Company, New England Insurance Company and Twin City Fire Insurance Company ("the "Hartford Defendants") hereby submit their Joinder in the following Motions to Dismiss filed by Certain Defendants:

- The Hartford Defendants join Coliseum Reinsurance Company's Motion to Dismiss or Transfer (ECF Docket No. 34);

- The Hartford Defendants join Allstate Insurance Company's Motion to Dismiss and Memorandum of Law in Support of Its Motion to Dismiss (ECF Docket Nos. 37 & 38); and

- The Hartford Defendants join AIU Insurance Company, Granite State Insurance Company, Insurance Company of The State of Pennsylvania, and National Union Fire Insurance Company of Pittsburgh, PA's Motion to Dismiss and Memorandum of Law in Support of Their Motion to Dismiss the Complaint or, in the Alternative, To Stay This Action (ECF Docket No. 41). In so doing, and with respect to Section C.1., the Hartford Defendants state only that this action presents issues of state law that may be decided by either a New York or New Jersey state court.

*{Signature Page to Follow}*

ETHRIDGE LAW GROUP, LLC

By: *s/ Mary S. Willis*
    MARY S. WILLIS
    Federal Bar No.: 12388
    R. MICHAEL ETHRIDGE
    Federal Bar No.: 7497
    1100 Queensborough Blvd., Suite 200
    Mount Pleasant, SC 29464
    843-614-0007
    mwillis@ethridgelawgroup.com
    methridge@ethridgelawgroup.com

*~ AND ~*

    WAYNE S. KARBAL *(pro hac vice forthcoming)*
    GERALD E. ZIEBELL *(pro hac vice forthcoming)*
    MARIA DODONA *(pro hac vice forthcoming)*
    Karbal | Cohen | Economou | Silk | Dunne | LLC
    200 S. Wacker Drive, Suite 2550
    Chicago, IL 60606
    312-431-3610
    wkarbal@KARBALLAW.com
    gziebell@karballaw.com
    mdodona@karballaw.com

*Attorneys for First State Insurance Company,*
*New England Insurance Company, and*
*Twin City Fire Insurance Company*